■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY BAILEY, Appellant. [805 NYS2d 50]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 30, 2003, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 25 years to life, unanimously affirmed.

Defendant abandoned his claim that the court should have given an adverse inference instruction concerning the People's failure to preserve a 911 tape (see People v Graves, 85 NY2d 1024, 1027 [1995]). In any event, an adverse inference instruction was not required since there was no bad faith on the part of the People and defendant was not prejudiced (see People v Martinez, 71 NY2d 937, 940 [1988]). Defendant made effective impeachment use of the Sprint report (see e.g. People v Marengo, 276 AD2d 358 [2000], lv denied 95 NY2d 936 [2000]; People v Caba, 255 AD2d 232 [1998], lv denied 93 NY2d 967 [1999]), and his claim that the 911 recording would have yielded more impeachment material is speculative (see People v Peralta, 271 AD2d 359 [2000], lv denied 95 NY2d 837 [2000]).

Defendant's claims with respect to aspects of the court's charge to the jury are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the charge as a whole conveyed the appropriate standards (see People v Fields, 87 NY2d 821, 823 [1995]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Tom, Saxe, Gonzalez and Malone, JJ.

■ In the Matter of IMANI B. and Another, Infants. MAKEEBA S., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [804 NYS2d 249]—Appeal from order, Family Court, New York County (Sara P. Schechter, J.), entered on or about March 10, 2004, which denied appellant's application for an order of protection, unanimously dismissed, without costs.

The file that was subpoenaed and delivered to this Court does not contain the order from which the appeal is taken. While the file does contain minutes dated March 10, 2004 indicating that an application by appellant for an order of protection was heard and denied, no actual order is before us. Accordingly, the appeal is dismissed (CPLR 5512 [a]). We note that the conduct of the parties as described in appellant's brief appear to raise issues of credibility that this Court would ordinarily be reluctant to disturb (see Matter of Triplett v Farmer, 246 AD2d 359 [1998]). Concur—Buckley, P.J., Tom, Saxe, Gonzalez and Malone, JJ.